| PROB 22<br>(Rev. 01/24)<br><br>TRANSFER OF JURISDICTION | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>04/28/2025<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____DE____ DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>113E 1:17CR00405 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>5:25-cr-00142- SSS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Jesse Guzman<br><br>Highland, CA 92346 | DISTRICT<br><br>Northern District of Georgia | DIVISION<br><br>Atlanta |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Thomas W. Thrash, Jr. | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>11/21/2022 | TO<br>11/20/2027 |
|---|---|---|---|

**OFFENSE**
Conspiracy to Possess with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(b)(1)(A), and 21 U.S.C. § 846.

**JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)**
Violation of Supervision

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          Northern District of Georgia

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the          Central District of California          upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/7/25
*Date*

*Thomas W. Thrash*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order

April 24, 2025
*Effective Date*

*Dolly M. Gee*
*United States District Judge*